# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GREGORY McCRARY,

:

    Petitioner,                                   Case No. 3:12-cv-228

:        District Judge Thomas M. Rose
  -vs-                                        Magistrate Judge Michael R. Merz

ROD JOHNSON, Warden,
  Madison Correctional Institution,

:

    Respondent.

## RECOMMITTAL ORDER

This case is before the Court on Respondent's Objections (Doc. No. 5) to the Magistrate Judge's Report and Recommendations (Doc. No. 3).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

August 28, 2012                                        *s/THOMAS M. ROSE

                                                           Thomas M. Rose, Judge
                                                           United States District Court