# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GREGORY McCRARY,

        Petitioner,     :     Case No. 3:12-cv-228

 - vs -     :     District Judge Thomas M. Rose
        Magistrate Judge Michael R. Merz

WARDEN, MADISON     :
CORRECTIONAL INSTITUTION

    :

        Respondent.

    :

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendation (Doc. #3) and the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Reports and Recommendations.

      Accordingly, it is hereby ORDERED that the Petition is DISMISSED without prejudice. Petitioner is also DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous.

October 16, 2012         **THOMAS M. ROSE**

        Thomas M. Rose
        United States District Judge